**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MARGARET E. RICHARDSON
A Massachusetts Resident

    **Plaintiff,**

                **v.**

**PANKAJ MERCHIA**
 A Florida Resident

    **Defendants.**

_____

**NOTICE OF REMOVAL**
(Removed from the Superior Court
of Norfolk County, CL# 1982CV00679)

State Action Filed May 24, 2019

State Action First Served July 16, 2019

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under 28 U.S.C. §§ 1332(a), 1367(a), 1441, and 1446, Defendant Merchia (hereinafter "Defendant") removes this action from the Superior Court of Norfolk County Massachusetts to the United States District Court of Massachusetts. In support of this Notice, Defendant states as follows:

1. Please find Attached as Exhibit 1 the Amended Complaint and Summons captioned as Margaret Richardson vs. Pankaj Merchia CL# 1982CV00679.

2. Plaintiff Margaret Richardson (hereinafter "Plaintiff") asserts in her complaint that she is a resident of Massachusetts;

3. Defendant is a resident of Florida as he maintains his domicile there;

1

4. Thus diversity of citizenship exists under 28 USC 1332(a);

5. Plaintiff alleges base damages of $203,668.09, and seeks they by trebeled based on claims made under Massachusetts G.L. c. 93A, to $611,004.27;

6. Thus the amount in controversy in their Complaint exceeds $75,000.00 as required by 28 U.S.C. §§ 1332, and 1446;

7. Defendant was never served the original complaint in the underlying State case.

8. Defendant was served an amended complaint in the underlying State case on July 16, 2019, less than 30 days prior to the filing of this notice of removal

9. The Circuit Court is located within the District Court of Massachusetts, and venue is proper under 28 U.S.C. § 1441(a).

10.    Upon receiving a file-marked copy of this Notice of Removal, such copy and the accompanying filings will be served upon Counsel for Plaintiff and filed with the Clerk of the Superior Court of Norfolk County Massachusetts as required by 28 U.S.C. § 1446(d).

Wherefore, Defendant respectfully requests that the action captioned as Margaret Richardson v. Pankaj Merchia, CL# 1982CV00679 pending in the Norfolk County Superior Court, Massachusetts be removed to this Court, and that this Court exercise its jurisdiction over this action and for such other relief as the Court may deem just and proper.

Humbly and Respectfully,

/s/ Marc Osborne

Marc Osborne, Esq.
Law Office of Marc Osborne, Esq.
PO Box 191

2

Boston, MA 02134
Voice: 857-245-7466
email: osborne.marc.e@gmail.com


CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019 I will cause a true and correct copy of the above Notice of Removal to be served upon via the ECF system, email and US first class mail:

Counsel of Record for Plaintiff, Tyler E. Chapman and Matthew S. Furman, at Todd and Weld LLP One Federal Street, 27th Floor Boston, MA; and

The Clerk of Norfolk County Superior Court, Walter F. Timilty, at 650 High Street, Dedham, MA 02026.


/s/ Marc Osborne